USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
: 96 Civ. 4584 (RMB)
IN RE SUMITOMO COPPER LITIGATION :
: **ORDER**
:
------------------------------------------------------------x

The Court respectfully requests that the Clerk reopen this case.

Dated: New York, New York
      January 6, 2017

                                                   /s/ RMB
                                    **RICHARD M. BERMAN**
                                         **U.S.D.J.**